1  DANIEL G. BODGEN
   United States Attorney
2
   ERIC JOHNSON
3  Assistant United States Attorney
   333 Las Vegas Boulevard, Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336
5
   Attorneys for Plaintiff
6  United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-00239-KJD-PAL |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS THE INDICTMENT AND QUASH BENCH WARRANT AS TO GAMLET RUBENYAN |
| v. | |
| GAMLET RUBENYAN, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by and through Daniel G. Bogden, United States Attorney, and Eric Johnson, Assistant United States Attorney, hereby moves for leave to dismiss this case against GAMLET RUBENYAN. This case was filed on June 1, 2005 and a Bench Warrant issued on September 26, 2006 after RUBENYAN's failure to appear for a Plea Hearing in the United States District Court, District of Nevada. The government has conducted various database checks, to include Accurint, DCS Amerifind System and TECS, using the identifiers of RUBENYAN and has been unable to develop any additional leads as to RUBENYAN's whereabouts.

/ / /

/ / /

/ / /

1

WHEREFORE, the government hereby moves for leave to dismiss the Indictment in this matter against defendant GAMLET RUBENYAN with prejudice, and further requests that the Bench Warrant for defendant GAMLET RUBENYAN be quashed.

Dated this 15th day of October, 2013.

DANIEL G. BOGDEN
United States Attorney

/s/Eric Johnson

ERIC JOHNSON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:04-cr-00239-KJD-PAL |
| Plaintiff, ) | ORDER |
| v. ) |  |
| GAMLET RUBENYAN, ) |  |
| Defendant. ) |  |

**ORDER**

Based on the foregoing motion of the government, leave is hereby granted and this matter is dismissed with prejudice as to defendant GAMLET RUBENYAN. It is further ordered that the Bench Warrant for defendant GAMLET RUBENYAN be quashed.

Oct 23, 2013

_____
United States District Judge

3